# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT D. PARRILLO | : | |
| | : | |
| v. | : | C.A. No. 12-696ML |
| | : | |
| DAVID RANES and BENJAMIN RANES | : | |

## ORDER

This matter was heard before the Court, the Honorable Lincoln D. Almond presiding, on July 25, 2016 on Plaintiff's Fourth Motion to Adjudge Defendant David Ranes in Contempt and for Issuance of a Warrant (Document No. 75). After hearing thereon, Defendant Ranes failing to appear or participate, is hereby:

### ORDERED, ADJUDGED & DECREED

1. Plaintiff's motion is GRANTED in part and DENIED in part, as follows:

   a. Defendant David Ranes is ORDERED to appear for his continued debtor examination and produce the requested financial records on **October 13, 2016 at 2 p.m.**, as indicated in the Amended Notice, attached hereto as *Exhibit 1*.

   b. If Defendant David Ranes fails to appear as above-ordered, then a bench warrant shall issue for his arrest, provided he receives timely notice of this Order including the attached Amended Notice.

ENTERED as an Order of this Court on the 19th **day of September 2016**.

Enter:

/s/ Mary M. Lisi
_____
Mary M. Lisi
U.S. District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT D. PARRILLO          :
                            :
v.                          :    C.A. No. 12-696ML
                            :
DAVID RANES and BENJAMIN RANES  :

## AMENDED NOTICE TO TAKE CONTINUED DEBTOR EXAMINATION

**DEPONENT:** DAVID RANES
**DATE & TIME:** OCTOBER 13, 2016 at 2:00 p.m.
**LOCATION:** DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

Please take notice that plaintiff will take the deposition by stenographic means of the above-named deponent upon oral examination before a Notary Public of the State of Rhode Island, or some other duly qualified person, on the date and at the time set forth above and thereafter from day to day as the taking of the deposition may be adjourned, at the above location, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Said deponent shall bring with him the documents enumerated in **Exhibit A** affixed hereto and made a part hereof.

Plaintiff,
By his Attorneys,

/s/ Amato A. DeLuca
Amato A. DeLuca (#0531)
Shad Miller (#8594)
**DeLUCA & WEIZENBAUM, LTD.**
199 North Main Street
Providence, RI  02903
(401) 453-1500
(401) 453-1501 Fax

# EXHIBIT A

1. Copies of any and all personal and/or business bank account statements from 2005 to date.
2. Copies of any and all personal and/or business credit card statements from 2005 to date.
3. Copies of any and all personal and/or business tax returns from 2005 to date.
4. Copies of any and all personal and/or business rent, lease, loan, or mortgage agreements from 2005 to date.
5. Copies of any and all documents concerning the income, earnings, assets, or investments of Ranestorm Entertainment from 2005 to date.
6. Copies of any and all documents concerning the income, earnings, assets, or investments of New Myth Entertainment, including but not limited to any correspondence, email or otherwise, and contracts or letters of intent from any investors of New Myth or any other business enterprise involving Ranes from 2005 to date.
7. Copies of any and all correspondence concerning any and all personal and/or business income, earnings, assets, or investments from 2005 to date.
8. Copies of any and all wire transfer statements or documents from 2005 to date.
9. Copies of any and all personal, family, and/or business trust documents.
10. The current addresses of any family members involved either as settlor(s), trustee(s), or beneficiary(ies) of a trust.
11. Copies of any and all receipts for rent and/or car payments from 2005 to date.
12. Copies of any and all checks concerning the payment of wages, salary, bonus, commission, and/or royalties concerning past or future earnings (whether promised, pledged, proposed, or anticipated) from 2005 to date.
13. Copies of any and all documents concerning the films you have personally or professionally participated in as a producer, writer, or in any other capacity from 2005 to date.